**Home State Bank of Lexington, Illinois, appellee, v. James W. Vandolah et al., appellants.**

Creditor's bill to set aside conveyances as fraudulent. Decree for complainant. Appeal from the Circuit Court of McLean county; the Hon. Thomas M. Harris, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed July 18, 1921.

Livingston & Whitmore, for appellants. Barry & Morrissey, for appellee.

Per Curiam.

---

**Agnes Watts, appellee, v. A. I. Greenstone, appellant.**

Suit in justice's court for damages to plaintiff's automobile in a collision with defendant's automobile. Judgment for plaintiff on appeal to the circuit court. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed July 18, 1921.

Graham & Graham, for appellant. John G. Friedmeyer, for appellee.

Per Curiam.

---

**Maggie Crowe et al., appellants, v. Modern Woodmen of America, appellee.**

Assumpsit on a fraternal benefit certificate. Judgment in favor of defendant. Appeal from the Circuit Court of DeWitt county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed July 18, 1921.

F. K. Lemon, Herrick & Herrick and Leonard W. Ingham, for appellants. Truman Plantz and John J. Rolofson, for appellee.

Per Curiam.

---

**Mina McClure, appellee, v. Hoopeston Gas & Electric Company, appellant.**

Action on the case for damages to plaintiff's building by fire caused by leakage of gas. Judgment for plaintiff. Appeal from the Circuit Court of Vermilion county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed July 18, 1921.

Vause & Kiger, for appellant; Lindley, Penwell & Lindley, of counsel. Walter T. Gunn and Casper Platt, for appellee.